| | |
|---|---|
| Name | Charles Tony Piccuta |
| Bar # | 028444 |
| Firm | HOUSER & ALLISON, APC |
| Address | 9970 Research Drive |
| | Irvine, CA 92618 |
| | tpiccuta@houser-law.com |
| Telephone | (949)679-1111 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Susan M. Snyder              )
                             )
                             )
        Plaintiff,           )
                             )     **Case No.**
        vs.                  )
HSBC Bank, USA., N.A., et al.)     **Corporate Disclosure Statement**
                             )
                             )
        Defendant.           )
                             )
                             )
_____)

This Corporate Disclosure Statement is filed on behalf of  HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates
in compliance with the provisions of: *(check one)*

   __X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   ____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   ____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____    No such corporation.

____    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____    Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

__X__   Other(please explain)

The only party with any interest is HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __3rd__ day of __January__, __2012__.

/s/ Charles Tony Piccuta
_____
Counsel of Record

Certificate of Service:

ORIGINAL filed electronically
with the Clerk's Office this same date
and with COPIES to be delivered via
U.S. Mail to the following:

George A. Tacker, Esq.
TACKER & ASSOCIATES, P.L.L.C.
14175 West Indian School Road
Suite B-522
Goodyear, AZ 85395
Attorney for Plaintiff

By:  /s/ Courtney Hershey