LAW OFFICES OF LES ZIEVE
18377 Beach Blvd. Suite 210
Huntington Beach, CA 92648
Phone: 714-848-7920
Fax: 714-794-1740
Nathaniel Morris Brodnax, Esq. (Az Bar #028799)

Attorneys for Defendant,
Les Zieve, a licensed Arizona escrow agent

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF ARIZONA -- PHOENIX DIVISION

| | |
|---|---|
| Susan M. Snyder, a married woman, as her sole and separate property,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC Bank, USA, N.A. a foreign corporation; Les Zieve, a licensed Arizona escrow agent; Ocwen Loan Servicing, LLC, a foreign limited liability company; Black Companies I-X,<br><br>Defendants. | Case No.: 2:12-CV-00016-LOA<br><br>Hon. Lawrence O. Anderson<br><br>**AFFIDAVIT OF NATHANIEL MORRIS BRODNAX REGARDING CITIZENSHIP OF DEFENDANT LES ZIEVE** |

### AFFIDAVIT OF NATHANIEL MORRIS BRODNAX

I, Nathaniel Morris Brodnax, declare as follows:

1. I am an attorney at law duly licensed to practice before the above entitled Court and am counsel of record for Les Zieve in the above captioned action. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify as to those facts.

AFFIDAVIT OF NATHANIEL MORRIS BRODNAX

1

2. I submit this affidavit to disclose the citizenship and domicile of Defendant, Les Zieve, and in support of the Court retaining diversity jurisdiction over this action.

3. Defendant, Les Zieve, is a Citizen of both the United States and California and domiciled in California. Les Zieve maintains his permanent home and resides in California with the intention to remain in California.

I declare under penalty of perjury under the laws of the United States and the State of Arizona that the foregoing is true and correct, and that this affidavit was executed this 7th day of June 2012, at Huntington Beach, California.

_____
Nathaniel Morris Brodnax

STATE OF CALIFORNIA    )
                       )
COUNTY OF ORANGE       )

Subscribed and sworn to before me on this 7th day of June 2012 by Nathaniel Morris Brodnax who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Seal)

JULIE SIMPKINS
COMMISSION # 1904134
Notary Public - California
ORANGE COUNTY
My Comm. Expires Sept. 16, 2014

---

AFFIDAVIT OF NATHANIEL MORRIS BRODNAX

2